■ RICHARD ACOSTA et al., Respondents, v LONG ISLAND RAILROAD, Appellant.—Order, Supreme Court, New York County (Carmen Ciparick, J.), entered on February 13, 1987, and order of said court, entered on April 7, 1987, unanimously affirmed, without costs and without disbursements. Plaintiffs-respondents' motion for leave to submit a certain document for this court's consideration is denied. No opinion. Concur—Murphy, P. J., Carro, Rosenberger, Ellerin and Smith, JJ.

■ PATRICIA MATTHEWS et al., Appellants, v D.B.G. MANAGEMENT CORPORATION et al., Respondents. PATRICIA MATTHEWS et al., Appellants-Respondents, v SUTTON FIFTY-SIX COMPANY et al., Respondents-Appellants, et al., Defendants.—Judgment, Supreme Court, New York County (Alfred Ascione, J.), entered on or about April 24, 1987, and order of said court, entered on or about July 21, 1987, unanimously affirmed, without costs and without disbursements. The appeal from the order of said court (Irma Santaella, J.), entered on or about April 18, 1987, is unanimously dismissed as abandoned, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Sullivan, Ross and Asch, JJ.